# EXHIBIT "A"

**EAM 40 Meadow Lane LLC**
**Transfers to Davidoff Hutcher & Citron LLP**
**Exhibit A**

| Transfer Date | Transfer Method | Transfer Amount | Transferor | Transferor Account |
|---|---|---|---|---|
| 4/5/2021 | Wire | $ 500,000.00 | Advantage Title Agency, Inc. | TD Bank Account #5399 |
| 4/7/2021 | Wire | $ 100,000.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 |
| 6/10/2021 | Wire | $ 140,000.00 | Ermitage One LLC | JPMorgan Chase Bank, N.A. Account #0193 |
| 6/15/2021 | Wire | $ 30,000.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 |
| 7/27/2021 | Wire | $ 200,000.00 | Ranee Bartolacci | Morgan Stanley Account #7117 |
| 8/23/2021 | Wire | $ 200,000.00 | Ranee Bartolacci | Morgan Stanley Account #7117 |
| 10/1/2021 | Wire | $ 55,000.00 | Nir Meir | JPMorgan Chase Bank, N.A. Account #2895 |
| 10/4/2021 | Wire | $ 70,000.00 | Ranee Bartolacci | Morgan Stanley Account #7117 |
| 11/2/2021 | Wire | $ 50,000.00 | Ermitage One LLC | Morgan Stanley Account #9117 |
| 11/4/2021 | Wire | $ 150,000.00 | Ranee Bartolacci | Morgan Stanley Account #7117 |
| **Total** | | **$ 1,495,000.00** | | |

**Note: All transferred funds sourced from Debtor EAM Sale Proceeds of 40 Meadow Lane property**