# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EAM 40 MEADOW LANE LLC,<br><br>          Debtor. | Case No. 22-10293 (BLS)<br><br>Chapter 7 |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the bankruptcy estate of EAM 40 Meadow Lane LLC,<br><br>          Plaintiff,<br><br>v.<br><br>DAVIDOFF, HUTCHER & CITRON LLP,<br><br>          Defendant. | Adv. Pro. No. 24-50035 (BLS) |

## STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

George L. Miller, the Chapter 7 Trustee for the Chapter 7 bankruptcy estate of EAM 40 Meadow Lane LLC (the "Plaintiff"), and Davidoff, Hutcher & Citron LLP (the "Defendant"), by and through their respective undersigned counsel, enter into this Stipulation for an Extension of Time for Defendant to Respond to Complaint (the "Stipulation") and hereby stipulate and agree as follows:

      1.    On April 5, 2024, the Plaintiff initiated the above-captioned adversary proceeding by the filing of a Complaint [Docket No. 1] (the "Complaint") against the Defendant.

      2.    On April 5, 2024, a Summons and Notice of Pretrial Conference in an Adversary Proceeding [Docket No. 2] (the "Summons") was also filed setting the deadline to answer or otherwise respond to the Complaint for May 5, 2024.

3. The Plaintiff and the Defendant agree and stipulate that the time within which the Defendant may answer, move or otherwise plead to the Complaint is hereby extended to and including June 4, 2024.

Dated: May 3, 2024

| COZEN O'CONNOR | CAROTHERS & HAUSWIRTH LLP |
|---|---|
| */s/ John T. Carroll, III* | */s/ Gregory W. Hauswirth* |
| John T. Carroll, III (DE No. 4060) | Gregory W. Hauswirth (DE No. 5679) |
| Simon E. Fraser (DE No. 5335) | 1007 N. Orange Street, 4th Floor |
| 1201 North Market Street | Wilmington, DE 19801 |
| Suite 1001 | Tel: 302-332-7181 |
| Wilmington, DE 19801 | ghauswirth@ch-legal.com |
| Tel: 302-295-2028 | |
| jcarroll@cozen.com | *Counsel to the Defendant* |
| sfraser@cozen.com | |

Christina M. Sanfelippo
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
Tel: (312) 382-3100
csanfelippo@cozen.com

*Counsel to the Plaintiff*